IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MICHAEL RAY TIMMONS, #1170940 | § | |
| VS. | § | CIVIL ACTION NO. 6:07cv163 |
| BRAD LIVINGSTON, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love.  The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the Court.  It is therefore

**ORDERED** that the motion to dismiss (docket entry #12) is **GRANTED**.  It is further

**ORDERED** that the complaint is **DISMISSED** without prejudice.  Fed. R. Civ. P. 41(a)(1).  All motions not previously ruled on are **DENIED**.

**So ORDERED and SIGNED this 9th day of July, 2007.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**